**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHEMONT INTERNATIONAL SA, CARTIER INTERNATIONAL A.G., MONTBLANC-SIMPLO GMBH, CHLOE S.A.S., VAN CLEEF & ARPELS SA, and OFFICINE PANERAI A.G., <br><br> Plaintiffs, <br><br> v. <br><br> XIAO MEICHEN, et al., <br><br> Defendants. | Case No. 18-cv-06555 <br><br> **Judge Joan B. Gottschall** <br><br> **Magistrate Judge Susan E. Cox** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Plaintiffs Richemont International SA, Cartier International A.G., Montblanc-Simplo GmbH, Chloe S.A.S., Van Cleef & Arpels SA, and Officine Panerai A.G. (collectively, "Plaintiffs"), hereby dismiss this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Moscow LoveTree Store | 295 |
| Princess Jewelery Store | 299 |
| sexy_life 88 Store | 301 |

Dated this 28th day of November 2018.      Respectfully submitted,

        /s/ Allyson M. Martin
        Amy C. Ziegler
        Justin R. Gaudio
        Allyson M. Martin
        Greer, Burns & Crain, Ltd.
        300 South Wacker Drive, Suite 2500
        Chicago, Illinois 60606
        312.360.0080 / 312.360.9315 (facsimile)
        aziegler@gbc.law
        jgaudio@gbc.law
        amartin@gbc.law

*Counsel for Plaintiffs Richemont International SA, Cartier International A.G., Montblanc-Simplo GmbH, Chloe S.A.S., Van Cleef & Arpels SA, and Officine Panerai A.G.*