IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHEMONT INTERNATIONAL SA, CARTIER INTERNATIONAL A.G., MONTBLANC-SIMPLO GMBH, CHLOE S.A.S., VAN CLEEF & ARPELS SA, and OFFICINE PANERAI A.G., <br><br>Plaintiffs, <br><br>v. <br><br>XIAO MEICHEN, et al., <br><br>Defendants. | Case No. 18-cv-06555 <br><br> **Judge Joan B. Gottschall** <br><br> **Magistrate Judge Susan E. Cox** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 7, 2018 [54], in favor of Plaintiffs Richemont International SA, Cartier International A.G., Montblanc-Simplo GmbH, Chloe S.A.S., Van Cleef & Arpels SA, and Officine Panerai A.G., (collectively, "Plaintiffs"), and against the Defendants Identified in Schedule A in the amount of one million dollars ($1,000,000) per Defaulting Defendant for willful use of counterfeit Plaintiffs' Trademarks on products sold through at least the Defendant Internet Stores, and Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfies the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Spiritual Jewellery Store | 305 |

1

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 25th day of April 2019.

Respectfully submitted,

Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiffs Richemont International SA, Cartier International A.G., Montblanc-Simplo GmbH, Chloe S.A.S., Van Cleef & Arpels SA, Officine Panerai A.G.*

Subscribed and sworn to me by Allyson M. Martin, on this 25th day of April 2019.

Given under by hand and notarial seal.

ALYSSA GUYNN
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 16, 2022

Notary Public

State of Illinois

County of Cook

2